Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Orlando Division

Lesa S. Tellam

)
)
)
)
)
)
)
)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Alexandra Kalman, Esq.,
William Heller, Esq.,
and Michael Marder, Esq.

)
)
)
)
)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

2019 DEC -9 PM 3:10

FILED

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                Lesa S. Tellam

Street Address      25 Stymie Place

City and County     Winter Park, Orange County

State and Zip Code  Florida  32789

Telephone Number    407 288 2414

E-mail Address      lesatellam@me.com

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Alexandra Kalman, Esq.
C/o Lender Legal PLLC
2804 Edgewater Drive
Orlando, Orange County
Florida 32804
407 730 4644
akalman@lenderlegal.com

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

William Heller, Esq.
C/o Akerman LLP
350 E. Las Olas Blvd
Ft. Lauderdale Ste 1600
Broward County Florida 33301
954-759-8945
william.heller@akerman.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Michael Marder Esq.
C/o Greenspoon Marder
201 E. Pine Street Suite
Orlando, Orange County 500
Florida 32801
407 425-6559
michael.marder@
gmlaw.com

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question             [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*13th Amendment, Fair Debt Collection Practices Act,*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

*Civil RICO, Intentional Infliction of Emotional Distress*

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* *Leza S. Tellam*, is a citizen of the

State of *(name)* *Florida* .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

*All defendants are residents of the State of Florida, to*

a.    If the defendant is an individual

The defendant, *(name)* , is a citizen of

the State of *(name)* *the plaintiff's* . Or is a citizen of

*(foreign nation)* _____ *knowledge.*

Page 3 of 6

b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain):*

The defendants have been suing Ms. Pialam illegally for over few years. Damage estimated at US$740 million.

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

Orlando, Florida

B.      What date and approximate time did the events giving rise to your claim(s) occur?

Fall 2015 thru evergr.ng

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

---

✚     C.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Bill Heller and Michael Marder have a long history of frivolous and illegal lawsuits to collect alleged debt against property owners, homeowners and brought in Ms. Kalman to assist them in stealing Ms. Tellam's residential real property, which is now a homestead. They use

**IV.     Irreparable Injury**

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

a combination of tactics, including improper publication + service, denial of rights, deception and a shell game. They use threats and extortion as well as abuse of process.

The irreparable injury is ongoing damage to Ms. Tellam's safety, reputation + homestead.

**V.     Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1) Injunction to cease and desist all collections activity
2) Award compensatory damages + punitive damages

---

✚     Mr. Heller and Mr. Marder are in leadership positions with law firms that regularly thru unscrupulous practices through the state courts in Florida in violation of the named laws and causing damage, in lieu of proper advice to their clients.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __12-9-19__

Signature of Plaintiff _____

Printed Name of Plaintiff __Leza S. Tellam__

### B.   For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____