**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LEZA S. TELLAM,

        Plaintiff,

v.                                   Case No: 6:19-cv-2313-Orl-78LRH

ALEXANDRA KALMAN, WILLIAM
HELLER and MICHAEL MARDER,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the record. On June 26, 2020, this Court entered an Order (Doc. 68) dismissing Plaintiff's Complaint without prejudice and ordering Plaintiff to file an amended pleading on or before July 15, 2020. Plaintiff was warned that the failure to do so might result in the dismissal of this case without further notice. (*Id.* at 2). Plaintiff did not timely file an amended pleading. Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on July 20, 2020.

*[Signature]*

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party