# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LEZA S. TELLAM,

        Plaintiff,

v.                                         Case No:   6:19-cv-2313-WWB-LHP

ALEXANDRA KALMAN, WILLIAM
HELLER and MICHAEL MARDER,

        Defendants

_____

## ORDER

    This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **NOTICE REGARDING TYPOGRAPHICAL ISSUES AND MOTION TO UPDATE CASE TITLE   (Doc. No. 79)** |
| **FILED:** | **November 8, 2022** |

**THEREON** it is **ORDERED** that the motion is **DENIED**.

| | |
|---|---|
| **MOTION:** | **SECOND CORRECTION TO UPDATE TO CASE FILE   (Doc. No. 80)** |
| **FILED:** | **November 15, 2022** |

> **THEREON** it is **ORDERED** that the motion is **DENIED**.

Before the undersigned are two motions filed by Plaintiff, who appears *pro se*: "Notice Regarding Typographical Issues and Motion to Update Case Title," and "Second Correction to Update to Case File." Doc. Nos. 79, 80. Upon review, both motions are **DENIED** because Plaintiff's case was dismissed without prejudice and closed on July 20, 2020. Doc. No. 69. Even if the Court were to consider the motions – and Plaintiff has provided no legal authority authorizing the Court to consider motions in a closed case – the motions fail to comply with the Local Rules, including Local Rules 1.08, 3.01(a), and 3.01(g). *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure"). Moreover, insofar as Plaintiff is attempting to update her address on the Court's docket, *see* Doc. No. 79, at 2, the undersigned notes that the same address reflected in the November 7, 2022 filing (Doc. No. 78) is also reflected for Plaintiff on the public docket.

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2022.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties